**Exhibit A to the Complaint**

**Location:** Lansing, MI  
**Total Works Infringed:** 24  
**IP Address:** 174.174.138.197  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F2D58D0D2635DDE3BBE018EF87E28BFB4A1DCA0B<br>File Hash:<br>A182656B5855D9EEEB1A21DEAC2D825C87BC0FD2767A1E34F247D9208085DABD | 08-09-2023<br>01:05:57 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 2 | Info Hash: B83E00880518FBB59ED04CB16EC0BADA95B4881B<br>File Hash:<br>029EFB4D3105D9CD06E5B94F441B8CEA6D551DD3AD5962D6EDFCC6174FFC925F | 08-08-2023<br>21:06:53 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 3 | Info Hash: D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash:<br>CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 08-08-2023<br>21:06:53 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 4 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash:<br>DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 08-08-2023<br>21:05:15 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 5 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash:<br>4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 08-08-2023<br>21:03:58 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 6 | Info Hash: B01AD269B921E6EF4954851DDF1CBE6A5911064E<br>File Hash:<br>67E6F66361440ED106355513B46089BA65B6866080C966AF651DB0FBFF28D100 | 08-08-2023<br>21:02:50 | Vixen | 04-15-2022 | 04-23-2022 | PA0002346429 |
| 7 | Info Hash: D6A3E99D30A235B031BEF057B2B7DFF51825ED1C<br>File Hash:<br>6FF1E25C8D000D3F643B91996E43991D31BCD8E5615A12537938E7A2A62AEA9D | 08-08-2023<br>21:02:29 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 8 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash:<br>55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 08-07-2023<br>15:25:37 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 9 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash:<br>52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 08-07-2023<br>15:19:17 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 10 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash:<br>B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 08-07-2023<br>15:18:05 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 11 | Info Hash: 29D6E26A58ADBD4A63EAB976EF8F1758B4660C7D<br>File Hash:<br>1908C7384A3E42DBA6A88F5FC8E75F432EF5DD5F6BDDA8A248D0BF5BF3553114 | 08-07-2023<br>15:17:34 | Slayed | 10-25-2022 | 11-24-2022 | PA0002389329 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 54DDB381DB9B297FF4391C512E27E1628E1BF7C9<br>File Hash: C98C2FC3BD3645DB139308EE16424892DCD2FAC80768CEA3B2B4D8BA84A17BF6 | 08-07-2023 15:15:51 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 13 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash: 00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 08-04-2023 12:35:26 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 14 | Info Hash: 4AA1F2279D9F8F06123E1F205395728757E7A0A9<br>File Hash: 52B37AD2AEC1AE9489D5E231C4F9E2E98F7E8C0CD4D7CF38E8C6F90DA4E823E4 | 05-09-2023 01:43:17 | Slayed | 10-11-2022 | 11-24-2022 | PA0002388301 |
| 15 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 04-26-2023 01:14:18 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 16 | Info Hash: FF7A248CB1917FE0B640DF3BAF9478EE988C020E<br>File Hash: 63738DCB991394F33CAE976CF9E706725031BEB6577331314D6D38993309080C | 03-21-2023 22:43:29 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 17 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 03-21-2023 22:42:34 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 18 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 03-21-2023 22:42:13 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 19 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 03-21-2023 22:40:40 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 20 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 03-21-2023 22:39:43 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 21 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 03-21-2023 22:39:41 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 22 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 03-21-2023 22:39:33 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 23 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash: 1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 03-21-2023 22:38:39 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D54AA0900EF67CFEEA274727BD1234A04A851773<br>File Hash: 9E03E8F2EAC1127ABBE3600BBFD0799C99F41910D75F365CA4859CA4C9F337FB | 03-21-2023 22:36:44 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |